IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
OCT 08 2019
TIMOTHY M. O'BRIEN CLERK
By _____ Deputy

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HUGO A. VILLANUEVA-MORALES,
a/k/a Javier Alberto Rodriguez
a/k/a "Smokey"

Defendant.

Case No.: 19-mj-08237-JPO

FILED UNDER SEAL

## CRIMINAL COMPLAINT

I, Timothy Flohrschutz, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT I

Beginning on or about October 6, 2019, in the District of Kansas, the defendant,

**HUGO A. VILLANUEVA-MORALES,**

traveled in interstate commerce and crossed state lines with intent to avoid prosecution for the crime of 1st Degree Murder (4 counts), each of which are felonies under the laws of the State of Kansas.

This was all in violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.

## AFFIDAVIT

1) COMES NOW, Special Agent Timothy Flohrschutz of the Federal Bureau of Investigation, being of lawful age and first duly sworn upon my oath, do depose and state as follows:

2) I am currently assigned to the Violent Crimes/Violent Gang Squad within the Kansas City Division of the Federal Bureau of Investigation as the Kansas City Division Violent Crimes Fugitive Task Force Coordinator. I was previously assigned to the Violent Crimes Squad and Joint Terrorism Task Force within the Kansas City Division of the FBI. I have been a Special Agent with the FBI since February 22, 2015. Prior to joining the FBI, I was employed as a police officer and detective with the Bellevue, Nebraska, Police Department from October of 2006 to February of 2015. From 2011 to 2015, I was assigned as a full-time Task Force Officer to the United States Marshals Service Omaha Metro Fugitive Task Force in the District of Nebraska. In addition to my own investigation, this affidavit also includes information furnished to me from detectives and officers of the Kansas City, Kansas Police Department, Kansas City, Missouri Police Department, and other law enforcement officials. This affidavit is not meant to be all inclusive, it merely identifies the relevant facts pertaining to the accompanying criminal complaint.

### Overview of the Investigation and this Affidavit

3) Presently, I am working on an investigation originating in the District of Kansas regarding violations of federal law which include Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073.

4) In summary, this affidavit will describe the relevant portion of this investigation by several law enforcement agencies, including the Kansas City, Kansas Police Department (KCKPD), the Kansas City, Missouri Police Department (KCMOPD) and the Federal Bureau of Investigation (FBI), in addition to other local, state, and federal agencies into a mass shooting which occurred in Kansas City, Kansas on October 6, 2019, resulting in

four deaths and five additional victims with gunshot wounds. Based upon an investigation by the KCKPD, the subjects of the shooting were quickly identified as Javier A. Alatorre, a Hispanic male, date of birth November 28, 1995, and **Hugo Alberto VILLANUEVA-MORALES**, a Hispanic male, date of birth October 25, 1989.

5) As detailed below, this affidavit will describe how **VILLANUEVA-MORALES** traveled in interstate commerce and crossed states lines with intent to avoid arrest and prosecution for four counts of 1st Degree Murder, K.S.A. 21-5401, felony violations of the laws of the State of Kansas.

6) **VILLANUEVA-MORALES** is currently at large.

### Narrative of Investigation

7) On October 6, 2019, at approximately 1:24 a.m., the KCKPD was dispatched to a shooting at the Tequila KC Bar located at 1013 Central Avenue, Wyandotte County, Kansas City, Kansas, all located within the District of Kansas. Upon arrival, responding officers located nine victims, four of whom were deceased as a result of gunshot wounds. Based upon the investigation conducted by the KCKPD, the subjects involved in the shooting were identified as Javier A. Alatorre, a Hispanic male, date of birth November 28, 1995, and **Hugo Alberto VILLANUEVA-MORALES**, a Hispanic male, date of birth October 25, 1989.

8) Following the identification of the subjects by KCKPD, the assistance of the FBI was requested to exploit social media accounts related to both subjects in an effort to locate them and effect a probable cause arrest for murder. Exigent requests for emergency disclosure were submitted to Facebook and Charter Communications which ultimately led to the arrest of Alatorre on the same date at approximately 4:00 p.m. in Kansas City, Missouri. The exigency was based upon multiple factors to include a fear that Alatorre and **VILLANUEVA-MORALES** would retaliate against witnesses whom they were familiar with and the safety of the public following a mass shooting event.

9) A review the Facebook records produced on October 6, 2019, at 1:54 p.m., in association with the account identified by Facebook User ID 100040467966870 showed the account was listed in the name of **Hugo VILLANUEVA** with a vanity name of hugo.villanueva.58173. The account was created on August 8, 2019. At the time of creation, the user provided a cellular telephone number of (913) 351-7498 which was verified by Facebook. In other words, Facebook sent a code to the user via text message at the listed number which they were required to enter into the Facebook application or website to confirm the user possessed that number. Internet Protocol (IP) logs for the account showed it was last accessed on October 6, 2019, at 5:45 a.m. from IP address 107.77.173.4.

10) A query of IP address 107.77.173.4 through the American Registry for Internet Numbers showed the IP address to be associated with AT&T Mobility. This is known to be a common indication that the IP activity is associated with a wireless device operating on the AT&T cellular network. Research conducted on telephone number (913) 351-7498 showed it to be a wireless telephone number assigned to AT&T.

11) The KCMOPD Communications Center requested E911 location data for the device associated with (913) 351-7498. AT&T advised that the cellular device was powered off or outside the service area. AT&T provided the last known location of the device which was at 38.4149956, -94.5830526 at approximately 12:49 p.m. CDT. The listed coordinates plotted north of Merwin, Missouri, but would likely cover Highway 69 in the area of Linn Valley, Kansas.

12) The device remained powered off or outside the service area until the KCMOPD Communications Center received additional location information for the cellular device at approximately 8:40 p.m. CDT at 33.1639713, -97.1042726 which plotted in the area of Denton, Texas, along the I-35 corridor. No additional location data was obtained through the E911 request.

4

13) Witness statements obtained by the KCKPD and other investigating agencies revealed that **VILLANUEVA-MORALES** was likely to flee the Kansas City metropolitan area by bus. More specifically, it was said he was going to flee to Mexico.

14) A review of bus routes originating from Kansas City revealed a Greyhound bus route from Kansas City, Missouri, to Dallas, Texas. On October 6, 2019, Route 7321 departed from Kansas City, Missouri, at approximately 8:05 a.m. It was scheduled to arrive in Dallas, Texas, at 8:40 p.m., but arrived in Dallas approximately one hour late. FBI Kansas City requested that the Dallas Police Department intercept the bus to watch for **VILLANUEVA-MORALES**, but they missed the bus by approximately fifteen minutes.

15) Based upon the bus route and time delay, the information provided by Greyhound appears to be consistent with the timing and locations for the cellular device associated with **VILLANUEVA-MORALES.**

16) On October 6, 2019, at approximately 11:30 p.m., the KCKPD obtained a Wyandotte County, Kansas arrest warrant for **VILLANUEVA-MORALES**, charging four counts of 1st Degree Murder. Following is an excerpt from the KCKPD affidavit submitted in support of the application for said arrest warrant:

   a) On 10-06-2019, at 0124hrs, Kansas City Kansas Police officers responded to Tequila KC Bar, 1013 Central Ave in Wyandotte County, Kansas City, Kansas on a reported shooting. Upon arrival, officers entered the business and located several gunshot victims inside of the business. EMS personnel responded to the scene to render first aid to the victims. Four of the victims were pronounced deceased at the scene and five other victims were transported to metro area hospitals with gunshot injuries. Detectives Bundy and Sutton with the Kansas City Kansas Police Department responded to the scene. Detectives were notified by the owner of the business that there were several surveillance cameras inside of the business. Detectives reviewed the surveillance video which captured footage of the incident. The footage shows that just prior to the shooting, the suspects, two Hispanic males entered the back door of the business and walked through the crowd of patrons towards the front door. It was apparent when reviewing the video that the suspects were attempting to locate someone

inside of the bar. As they approached the front area of the bar, one of the suspects pulls out a firearm and begins shooting patrons in the front of the business. At that point, the second suspect pulls out a firearm and begins shooting patrons as well. After firing multiple shots, both suspects begin running towards the back door while firing shots into the crowd behind them. The suspects are seen exiting the back door of the business and running southbound. KCKPD CSI responded to the scene for processing. Several items of evidence were recovered including bloody clothing and 9MM shell casings. The deceased victims were identified as Ebar Abdiel Meza-Aguirre (H/M 01-25-1990), Martin Rodriguez-Gonzalez (H/M 10-14-1961), Francisco Anaya-Garcia (H/M 05-07-1985), and Alfredo Calderon (H/M 06-03-1990).

b) The video was high quality and still images were captured of the suspects. A witness who was inside of the bar during the shooting was located on 10-06-2019. At 1135hrs, TFO Blackman, TFO Dundovich and FBI SA Keyon conducted an interview with that witness, Rubi Ramirez (H/F 03-22-1991). Ramirez said that on the night of the incident she showed up to the bar around 2300 to 2400 hours. She thought she was there about 40 minutes prior to the shooting. Ramirez said she was wearing a poncho at the bar. Ramirez went on to say she bought a bucket of Modelo's beer and was hanging out with her family at the bar. She remembered seeing Javier walk into the bar with "Smokey." She has known Javier for years and they used to date the same girl named Victoria. When she saw Javier and Smokey she said hello to both of them. There was brief conversation about not seeing each other for a long time. She said something about, "long time no see." Approximately five seconds later, she saw both Javier and "Smokey" both shooting guns. She thought Javier's handgun was a black pistol similar to a semi-auto pistol. She was less sure about "Smokey's" firearm, but thought it may have been black. After the shooting, she eventually left the bar and went home. Ramirez said she has known Javier for years, and his name is Javier Alatorre. She said that Javier is a Florence gang member with Locoto set. She didn't think he was really in the gang, but runs with them. Ramirez said Hugo was an NHD member. Both NHD and Locoto Set or (LS) are known sets of F-13. Ramirez said Alatorre tried to add her on Facebook under his Facebook profile, "Alejandro Lambardo," but she never accepted him. Ramirez said Alatorre used to go to her house all the time when they were younger, but hasn't seen him for a couple of years. She only knows "Smokey" as Hugo, but doesn't know his last name. She only met "Smokey" once two years ago at a friend's house. It was a cook-out when they met, but she hasn't seen him since, but talked to him before and has seen him on Facebook. Ramirez also said she immediately recognized him as "Smokey" when he walked into the bar. TFO Blackman showed Ramirez a photo line-up that included Alatorre and she identified Alatorre out of the photo line-up as one of the two shooters. Ramirez stated that she was 100% sure it was him. TFO Blackman showed Ramirez a photo line-up including Hugo Villanueva and five other individuals that are similar in appearance. Ramirez identified Villanueva out of the photo line-up as the person she referred to as "Smokey" who was one of the two shooters. Ramirez stated that she was 100% sure it was him.

    c) Detective Bundy discovered that Villanueva and Alatorre have both been arrested in Wyandotte County. Previous booking photos were accessed and compared to the suspects on the shooting video and it was confirmed that they were the suspects.

    d) TFO Blackman was able to contact a Kansas Parole officer who confirmed Javier Alatorre was on parole and had an address on file with parole as 2639 Quincy St in Kansas City, Missouri.

    e) On 10-06-19 at approximately 1543hrs, members of the FBI Fugitive Apprehension Unit and members of the Kansas City Career Criminal Squad surrounded the residence at 2639 Quincy St. The tactical team made contact with the residents inside via a loud speaker. Javier Alatorre exited the front door of the residence and was taken into custody without incident. A search warrant was obtained for the residence. During a search of the residence, officers located the LA Dodgers jersey that Alatorre was wearing on video during the shooting. Officers also located a 9mm handgun which is the same caliber as the casings recovered from the scene.

    f) A search warrant was obtained for the location history and PING locations for Villanueva's phone. At 2130hrs, Villanueva's phone was located in Dallas, Texas near a Greyhound bus station.

    g) Wherefore, the undersigned requests that a warrant be issued for the arrest of said, **Javier A. Alatorre (H/M 11-28-1995) and Hugo A. Villanueva (H/M 10-25-1989)**, as provided by law.

17) Based upon the foregoing facts and circumstances, I believe there is probable cause that the defendant, Hugo Alberto **VILLANUEVA-MORALES**, has traveled in interstate commerce and fled the State of Missouri in an attempt to avoid arrest and prosecution for the crime of 1st Degree Murder (4 counts), which is a felony violation of law in the State of Kansas, in violation of Title 18, United States Code, Section 1073.

18) Because this affidavit is being submitted for a person whom has fled from prosecution, I request that this Complaint, any arrest warrant, and other documents associated with this Complaint remain under seal until **VILLANUEVA-MORALES'** arrest or until further order of the court.

**FURTHER AFFIANT SAYETH NAUGHT,**

Timothy W. Flohrschutz
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 8th day of October, 2019.

HONORABLE TERESA J. JAMES
United States Magistrate Judge
District of Kansas

8

## PENALTIES

**Count 1:**     **18 U.S.C. § 1073**
                 **Unlawful Flight to Avoid Prosecution**

- NMT 5 years Imprisonment;
- NMT $250,000 fine;
- NMT 3 years supervised release; and,
- $100 Special Assessment Fee.