# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-mj-08237-JPO |
| ) | |
| v. ) | |
| ) | |
| HUGO A. VILLANUEVA-MORALES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION TO UNSEAL CASE

Comes now the United States, by and through David P. Zabel, Assistant United States Attorney for the District of Kansas, and moves the Court for an order that the above case in which the Complaint was filed on October 8, 2019, be unsealed, in order to assist in the apprehension of the defendant.

WHEREFORE, the United States requests that the Complaint and Arrest Warrant in the above-captioned case be unsealed.

    Respectfully submitted,

    STEPHEN R. MCALLISTER
    United States Attorney

    *s/ David P. Zabel*
    DAVID P. ZABEL, #17887
    Assistant United States Attorney
    500 State Ave., Suite 360
    Kansas City, KS   66101
    Tele:   913-551-6730
    Fax:   913-551-6541
    David.Zabel@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019 I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system.

*s/David P. Zabel*
Assistant U.S. Attorney
