# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-mj-08237-JPO |
| ) | |
| v. ) | |
| ) | |
| HUGO A. VILLANUEVA-MORALES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

On motion of counsel for the Government, good cause appearing therefore,

IT IS ORDERED that the above case, in which the Complaint was filed October 8, 2019, be unsealed.

Dated this 14th day of November, 2019.

                                                 s/ James P. O'Hara
                                               HONORABLE JAMES P. O'HARA
                                               UNITED STATES MAGISTRATE JUDGE